UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VICENTE ESTRADA, | ) | No. CV 16-6887-ODW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DEAN BORDERS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 7, 2017

                                              HONORABLE OTIS D. WRIGHT, II
                                              UNITED STATES DISTRICT JUDGE